Jilbert Tahmazian, Esq., SBN 143574
Andrew J. Tahmazian Esq., SBN 361712
**TAHMAZIAN LAW FIRM, P.C.**
1518 West Glenoaks Blvd.
Glendale, CA 91201
Telephone: (818) 242-8201
Facsimile: (818) 242-8246
jilbert@jilbertlaw.com
andrew@jilbertlaw.com
Attorney for Defendant
Eduard Gasparyan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | **CASE NO. 3:15-CR-00234-CRB-6** |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ **ORDER TERMINATING SUPERVISED RELEASE** |
| ARMAN PETROSYAN, | |
| Defendant. | |

Having read and considered Defendant's request to terminate probation, no objection from probation officer, IT IS HEREBY ORDERED that:

- Defendant ARMAN PETROSYAN's Supervised Release is TERMINATED.

Date: March 26 2026 _____

_____
HONORABLE JUDGE OF THE DISTRICT COURT

1